No. 03–441.  S. G., AS GUARDIAN AD LITEM OF A. G., A MINOR, ET AL. *v.* SAYREVILLE BOARD OF EDUCATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–442.  CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL. *v.* UNION PACIFIC RAILROAD CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–444.  PALADINO ET AL. *v.* PHILADELPHIA HOUSING AUTHORITY.  C. A. 3d Cir.  Certiorari denied.

No. 03–445.  PERDOMO-PADILLA *v.* ASHCROFT, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 03–454.  ROSELL *v.* WOOD, CHAIRMAN, FEDERAL ENERGY REGULATORY COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 03–472.  CENTER FOR NATIONAL SECURITY STUDIES ET AL. *v.* DEPARTMENT OF JUSTICE.  C. A. D. C. Cir.  Certiorari denied.

No. 03–501.  STANFORD HOSPITAL AND CLINICS *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 03–503.  ATTORNEY E *v.* THIRD PARTY MOVANTS FOR PROTECTIVE ORDER.  Sup. Ct. Colo.  Certiorari denied.

No. 03–507.  FAX.COM, INC. *v.* MISSOURI EX REL. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–509.  ENVIRONMENTAL PROTECTION AGENCY *v.* SIERRA CLUB ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 03–529.  AMERICAN ELECTRIC POWER CO., INC., ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–542.  ARANA *v.* OCHSNER HEALTH PLAN, INC.  C. A. 5th Cir.  Certiorari denied.